AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>Mohamed ELSHINAWY,<br>a/k/a "Mojoe," a/k/a "Mo Jo"<br><br>Defendant(s) | Case No.  **15-2716 TJS** |

FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 1 4 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 2015 to the present__ in the county of _____ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B(a)(1) | Attempting to provide material support or resources to a designated foreign terrorist organization, namely ISIL |
| 18 U.S.C. § 1505 | Obstruction of agency proceedings |
| 18 U.S.C. § 1001 | Making material false statements and falsifying or concealing material facts |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

David A. Rodski, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: December 11, 2015

_____
Judge's signature

City and state: Baltimore, MD

Timothy J. Sullivan, United States Magistrate Judge
Printed name and title